**Fill in this information to identify the case:**

Debtor name: **Provell Pharmaceuticals, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **25-11308 (DJB)**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                        **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

Clarke, Nicolini & Associates, Ltd.
1240 West Chester Pk, Suite 202
West Chester, PA 19382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Fee for preparation of 2024 taxes**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**3.2** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$309.95**

Comcast Business
PO Box 70219
Philadelphia, PA 19176-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**3.3** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$58.67**

Crystal Springs
PO Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bottled water**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

**3.4** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    **$113.52**

Econdisc Contracting Solutions LLC
co The Corporation Truste Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

Debtor  **Provell Pharmaceuticals, LLC**   Case number (if known) _____
        Name

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address<br>**Erie Insurance Exchange**<br>**100 Erie Ins. Pl.**<br>**Erie, PA 16530**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$44,136.84** |
| **3.6** | Nonpriority creditor's name and mailing address<br>**Honor Capital**<br>**PO Box 829522**<br>**Pembroke Pines, FL 33082**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,655.27** |
| **3.7** | Nonpriority creditor's name and mailing address<br>**Horseshoe Realty, LLC**<br>**1015 S 50th Street**<br>**Tampa, FL 33619**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,500.00** |
| **3.8** | Nonpriority creditor's name and mailing address<br>**ICON**<br>**2215 Anthony Ave.**<br>**Broomall, PA 19008**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,269.23** |
| **3.9** | Nonpriority creditor's name and mailing address<br>**ICON Marketing/SHS**<br>**2215 Anthony Ave.**<br>**Broomall, PA 19008**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$115,000.00** |
| **3.10** | Nonpriority creditor's name and mailing address<br>**Kansas City Life Insurance Co.**<br>**P.O. Box 219139**<br>**Kansas City, MO 64121-9139**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$813.75** |
| **3.11** | Nonpriority creditor's name and mailing address<br>**Lovell Government Services, Inc.**<br>**223 West Gregory Street**<br>**Pensacola, FL 32502**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$149.37** |

Debtor **Provell Pharmaceuticals, LLC**  Case number (if known) _____
Name

---

**3.12** Nonpriority creditor's name and mailing address
Merck KGaA
Frankfurter Str. 250
64293 Darmstadt

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,637,431.76**

---

**3.13** Nonpriority creditor's name and mailing address
MMCAP Infuse
50 Sherburne Ave #112
Saint Paul, MN 55155

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5.14**

---

**3.14** Nonpriority creditor's name and mailing address
Pharma Solutions USA Inc.
705 Montgomery Ave.
Suite 200
Penn Valley, PA 19072

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,899.13**

---

**3.15** Nonpriority creditor's name and mailing address
PNC Financial Services Group
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222-2401

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card balance**

Is the claim subject to offset? ■ No ☐ Yes

**$2,750.99**

---

**3.16** Nonpriority creditor's name and mailing address
RX Sourcing Strategies
16150 Main Circle Drive
Suite 220
Chesterfield, MO 63017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$72.93**

---

**3.17** Nonpriority creditor's name and mailing address
Tracelink Life Sciences
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,254.97**

---

**3.18** Nonpriority creditor's name and mailing address
Trucks & Parts
1799 Horseshoe Pike
Honey Brook, PA 19344

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$723.16**

---

Debtor  **Provell Pharmaceuticals, LLC**  Case number (if known) _____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,944.49 |
|---|---|---|---|
| | **UPS Supply Chain Solutions, Inc.**<br>**12380 Morris Road**<br>**Alpharetta, GA 30005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.04 |
| | **Walgreens Boots Alliance, Inc.**<br>**108 Wilmot Road**<br>**Deerfield, IL 60015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,941,787.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 5,941,787.21 |