**Fill in this information to identify the case:**

Debtor name: **Provell Pharmaceuticals, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **25-11308 (DJB)**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: Lease for property located in Honey Brook, PA | |
| | State the term remaining: 2 months | Horseshoe Realty, LLC<br>1015 S 50th Street<br>Tampa, FL 33619 |
| | List the contract number of any government contract: | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest: Quality, pharmacovigilance and regulatory services | |
| | State the term remaining: 4 years | ICON Clinical Research Limited<br>600 S Commonwealth Ave<br>Leopardstown<br>Dublin 18, Ireland |
| | List the contract number of any government contract: | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest: Software | |
| | State the term remaining: | LighthouseAI<br>705 Montgomery Avenue<br>Suite 200<br>Penn Valley, PA 19072 |
| | List the contract number of any government contract: | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest: Distribution, promotion, and registration | |
| | State the term remaining: | Merck KGaA<br>Frankfurter Str. 250<br>64293 Darmstadt |
| | List the contract number of any government contract: | |

Debtor 1  **Provell Pharmaceuticals, LLC**
        First Name       Middle Name       Last Name

Case number (if known) _____

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract management, analytic, processing, and consulting services** | |
| | State the term remaining | | **Prescription Analytics, Inc.**<br>**121 S Wilson Ave**<br>**Hartford, WI 53027** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for office space** | |
| | State the term remaining | | **Regus**<br>**101 Hudson Street, 21st Floor**<br>**Jersey City, NJ 07302** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Product information management** | |
| | State the term remaining | | **TraceLink, Inc.**<br>**200 Ballardvale St.**<br>**Building 1, Suite 100**<br>**Wilmington, MA 01887** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse distribution services** | |
| | State the term remaining | | **UPS Supply Chain Solutions, Inc.**<br>**12380 Morris Road**<br>**Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |