**Fill in this information to identify the case:**

Debtor name: **Provell Pharmaceuticals, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **25-11308 (DJB)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|---|
| | Name / Mailing Address | Name | Check all schedules that apply |
| 2.1 | Street / City / State / Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | Street / City / State / Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | Street / City / State / Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | Street / City / State / Zip Code | | ☐ D  ☐ E/F  ☐ G |