IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 7** |
| : | |
| **PROVELL PHARMACEUTICALS, LLC** : | **BANKRUPTCY NO. 25-11308 (DJB)** |
| : | |
| **Debtor** : | |
| : | |

## VERIFIED STATEMENT

In accordance with Bankruptcy Rule 2014, I, Robert W. Seitzer, hereby state as follows:

1. I am an attorney, duly admitted to practice in the Commonwealth of Pennsylvania and in this Court.

2. I am a Partner of the law firm of Karalis PC ("KPC"), 1900 Spruce Street, Philadelphia, Pennsylvania 19103.

3. I submit this Verified Statement in support of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ Karalis PC as Counsel.

4. To the best of my knowledge, information and belief, neither I nor any member of my firm has any connection with any party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

5. I will be the attorney at KPC providing a majority of the legal services to the Trustee.

6. I have joined the Chapter 7 Trustee panel for the Eastern District of Pennsylvania and the Trustee has agreed to mentor me in that capacity.

7. KPC is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code in that KPC and its shareholder:

   a. are not creditors, equity security holders or insiders of the Debtor;

b.  are not and were not, within two (2) years before the date of the filing of the Debtor's Petition, directors, officers, or employees of the Debtor; and

c.  does not hold an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

8.  The hourly rates presently charged by the firm are as follows: Partners rates range from $525.00 to $675.00, of counsel rates are $575.00, and Associates rates range from $300.00 to $325.00 per hour and Paralegal rates are $180.00 per hour. These rates are subject to periodic adjustments by providing the Office of the United States Trustee and all parties in interest ten (10) business days' notice before implementing any periodic rate increases by filing notice with the Bankruptcy Court.

9.  I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

Dated: April 22, 2025