United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 25-11308-djb

Provell Pharmaceuticals, LLC                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Provell Pharmaceuticals, LLC, 1801 Horseshoe Pike, Suite 1, Honey Brook, PA 19344-8501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| EDMOND M. GEORGE | on behalf of Debtor Provell Pharmaceuticals  LLC edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com |
| JOHN C. GOODCHILD, III | on behalf of Creditor Merck KGaA jgoodchild@morganlewis.com  lfoley-jefferson@morganlewis.com |
| MICHAEL D. VAGNONI | on behalf of Debtor Provell Pharmaceuticals  LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com |
| ROBERT W. SEITZER | |

District/off: 0313-2                                    User: admin                                                  Page 2 of 2
Date Rcvd: May 23, 2025                                Form ID: pdf900                                        Total Noticed: 1

                        on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **PROVELL PHARMACEUTICALS, LLC:** | | **BANKRUPTCY NO. 25-11308 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Authorizing the Rejection of a Renewal Service Agreement with Regus Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 (the "Motion"), and after notice to parties in interest and a hearing; it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Renewal Service Agreement by and between Provell Pharmaceuticals, LLC and Regus dated December 10, 2023 for an office located at 101 Hudson Street, Office Number 2146, Jersey City, NJ 07302 is hereby **REJECTED** effective as of April 2, 2025.

3.    This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

Dated: _____

**Date: May 23, 2025**

_____
DEREK J. BAKER,
UNITED STATES BANKRUPTCY JUDGE